**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MORGAN CARPENTER**, on behalf of herself and others similarly situated, | : | |
| Plaintiff, | : | Case No. 2:21-cv-3381 |
| v. | : | **JUDGE SARGUS** |
| **ALLSTATE INSURANCE COMPANY,** | : | **MAGISTRATE JUDGE DEAVERS** |
| Defendant. | : | |

**DEFENDANT ALLSTATE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**

Defendant Allstate Insurance Company ("Allstate") does not oppose Plaintiff Morgan Carpenter's Motion for Preliminary Approval of Class Action Settlement, for Certification of Settlement Class, and for Approval of Notice Plan and Form of Notice (ECF No. 4). Allstate respectfully requests that the Court enter the Proposed Order (ECF No. 4-5) accompanying the Motion.

Respectfully submitted,

Lewis S. Wiener (*pro hac vice*)
Eversheds Sutherland (US) LLP
700 6th St NW
Washington, DC 20001
Telephone: (202) 383-0140
Facsimile: (202) 637-3593
LewisWiener@eversheds-sutherland.com

*/s/ Christopher C. Wager*
Christopher C. Wager (0084324), Trial Attorney
Mac Murray & Shuster LLP
6525 West Campus Oval, Ste 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9944
cwager@mslawgroup.com

*Counsel for Defendant Allstate Insurance Company*

## CERTIFICATE OF SERVICE

On July 8, 2021, I filed the foregoing DEFENDANT ALLSTATE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL with the Clerk of the court using the CM/ECF system, which will send notification of such filing to all participants and counsel of record.

<div style="text-align: right;">*/s/ Christopher C. Wager*</div>