IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MORGAN CARPENTER,**

    **Plaintiff,**

                                        **Civil Action 2:21-cv-3381**
**v.**                                   **Judge Edmund A. Sargus, Jr.**
                                        **Magistrate Judge Elizabeth P. Deavers**

**ALLSTATE INSURANCE COMPANY,**

    **Defendant.**

## **ORDER**

    This matter is before the Court for consideration of the Joint Motion of the Parties to Stay Answer. (ECF No. 10.) The parties seek a stay of Defendant Allstate Insurance Company's deadline to move or plead in response to the Complaint. (*Id.*) For good cause shown, the Motion is **GRANTED**. Defendant Allstate Insurance Company's deadline to move or plead in response to the Complaint is hereby **STAYED** pending resolution of the pending Motion for Preliminary Approval of the Class Settlement, ECF No. 4.

    **IT IS SO ORDERED.**

**Date: August 10, 2021**                              ***/s/ Elizabeth A. Preston Deavers***
                                                    **ELIZABETH A. PRESTON DEAVERS**
                                                    **UNITED STATES MAGISTRATE JUDGE**