**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MORGAN CARPENTER, on behalf of | : | |
| himself and others similarly situated, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:21-cv-3381 |
| | : | |
| v. | : | Judge: Edmund A. Sargus |
| | : | |
| ALLSTATE INSURANCE COMPANY | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| Defendant. | : | |

## ORDER APPROVING ATTORNEYS' FEES, EXPENSES AND CLASS REPRESENTATIVE INCENTIVE AWARD

This matter is before the Court on Plaintiff Morgan Carpenter's Motion for Attorneys' Fees, Expenses, and an Incentive Award (ECF No. 14). Defendants do not object to the motion. Plaintiff represents that the total benefit conferred on the Class is $342,000. The requested amount of attorneys' fees, $99,500, is reasonable and constitutes 29.1% of the total benefit conferred on the class. *See Amos v. PPG Indus., Inc.*, No. 2:05-CV-70, 2019 U.S.Dist. LEXIS 139021, at *36 (S.D. Ohio Aug. 16, 2019) ("Typically, courts award attorneys' fees in an amount equaling between 20% and 50% of the total amount of the common fund.") Thus, for good cause shown, the Court **GRANTS** Plaintiff's motion (ECF No. 14). Class Counsel attorneys' fees and expenses are awarded in the amount of $99,500 and an incentive award of $1,000 is awarded to the class representative.

**IT IS SO ORDERED.**

3/2/2022                                          s/Edmund A. Sargus, Jr.
DATE                                             EDMUND A. SARGUS, JR.
                                                   UNITED STATES DISTRICT JUDGE