IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MORGAN CARPENTER, on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 2:21-cv-3381-EAS-EPD |
| v. | : : | Judge: Edmund A. Sargus |
| ALLSTATE INSURANCE COMPANY | : : | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | : | |

## ORDER AND APPROVAL OF REVISED NOTICE PLAN

On October 1, 2021, the Court granted Preliminary Approval of the Class Settlement in the above referenced matter. (ECF No. 12, hereafter, "the Preliminary Approval Order.") On March 1, 2022, Plaintiff and Class representative Morgan Carpenter and Defendant Allstate Insurance Company (hereafter, "the Parties") moved jointly to modify the Preliminary Approval Order in several respects. Having duly considered the papers, and good cause having been shown, THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

1. Except as set forth here, the Preliminary Approval Order shall remain in effect in full.

2. The Court approves the proposed plan for providing an additional round of notice to the Settlement Class directly (via Mail Notice using postcards). The Class Notice, in form, method, and content, complies with the requirements of Rule 23 and due process, and constitutes the best notice practicable under the circumstances. The Court hereby directs the Parties and the Settlement Administrator to complete all aspects of the Class Notice no later than **March 21, 2022**.

3. On **August 15, 2022, at 1:30 p.m.**, in Courtroom 3 of the Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio, or at such other date, time and place (including by videoconference) later set by Court Order, this Court will hold a Final Approval Hearing on the fairness, adequacy and reasonableness of the Agreement and to determine whether (i) final approval of the Settlement embodied by the Agreement should be granted, and (ii) Plaintiff's application for attorneys' fees and expenses, and incentive award to the Class Representative, should be granted, and in what amount. No later than **June 9, 2022**, which is eighty (80) Days after Notice was issued as set forth in Paragraph 2 of this Order, Plaintiff must file papers in support of final approval of the Settlement and respond to any written objections. Defendant may (but is not required to) file papers in support of final approval of the Settlement, so long as it does so by no later than **June 9, 2022**. The Court may continue the Final Approval hearing from time-to-time without further notice to the Settlement Class Members.

4. The Settlement Administrator will file with the Court by no later than **August 5, 2022**, which is ten (10) Days prior to the Final Approval Hearing, proof that Notice was provided to the appropriate State and federal officials pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715.

5. Settlement Class Members who wish to either object to the Settlement or request to be excluded from it must do so by the Objection Deadline and Opt-Out Deadline of **May 5, 2022**, which are both forty-five (45) Days after Notice was issued as set forth in Paragraph 2 of this Order. Settlement Class Members may not both object and opt out. If a Settlement Class Member submits both a Request for Exclusion and an objection, the Request for Exclusion will be controlling.

6. Accordingly, the following are the deadlines by which certain events must occur:

| | |
|---|---|
| **March 21, 2022**  [no later than 20 Days after the date of this order] | Notice Deadline (Settlement Administrator shall send Mail Notice by this date and shall establish the Settlement Website by no later than the posting of the Mail Notice). |
| **May 5, 2022**  [no later than 45 Days after the Notice Deadline] | Deadline for Class Members to file Objections or submit Requests for Exclusion. |
| **May 20, 2022**  [no later than 60 Days after the Notice Deadline] | Deadline for Class Members to submit Claims. |
| **June 9, 2022**  [no later than 80 Days after the Notice Deadline] | Deadline for Plaintiff to file Motion and Memorandum in Support of Final Approval, including responses to any Objections. |
| **June 4, 2022**  [5 Days before Final Approval Motion Deadline] | Deadline for Settlement Administrator to provide Class Counsel with a declaration that Class Notice has been disseminated, identifying the number of Requests for Exclusion, and the number of Claims received to date. |
| **August 5, 2022**  [10 Days before Final Approval Hearing] | Deadline for Settlement Administrator to file declaration(s) of CAFA Notice. |
| **August 15, 2022 at 1:30 p.m.**  [Not earlier than 130 Days after Notice Deadline] | Final Approval Hearing |

**IT IS SO ORDERED.**

DATED: 3/3/2022                                  Edmund A. Sargus, Jr.
                                                 EDMUND A. SARGUS, JR.
                                                 UNITED STATES DISTRICT JUDGE

3

46185368.2