# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| MORGAN CARPENTER, on behalf of himself and others similarly situated, | |
| Plaintiff, | Case No. 2:21-cv-3381-EAS-EPD |
| v. | Judge: Edmund A. Sargus |
| ALLSTATE INSURANCE COMPANY | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

## ORDER

The parties filed a Joint Motion to Conduct the Final Approval Hearing Via Videoconference (ECF No. 20). For good cause shown, the motion is **GRANTED**. The Court will hold a virtual fairness hearing on August 15, 2022, at 1:30 p.m. The Court will send instructions to join the meeting at a later date.

**IT IS SO ORDERED.**

**DATED:** 8/6/2022

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**