IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | : | |
|---|---|---|
| **MORGAN CARPENTER**, on behalf of herself and others similarly situated, | : : : | Case No. 2:21-cv-3381-EAS-EPD |
| Plaintiff, | : : | |
| | : | Judge Edmund A. Sargus |
| v. | : : | Magistrate Judge Elizabeth P. Deavers |
| **ALLSTATE INSURANCE COMPANY** | : : | |
| Defendant. | : : | |

## JOINT SUBMISSION REGARDING *CY PRES* DESIGNEE

Plaintiff Morgan Carpenter and Defendant Allstate Insurance Company (collectively, the "Parties"), submit this joint filing in response to the Court's Order of August 16, 2022. Dkt. 24.

1. The Parties conferred following the final fairness hearing of August 16, 2022, to address the issue of a potential *cy pres* recipient.

2. The Parties have agreed to jointly propose Lawyers Committee for Civil Rights Under Law (the "Lawyers' Committee") as the *cy pres* recipient.

3. As noted on the Lawyers' Committee website, "[t]he principal mission of the Lawyers' Committee for Civil Rights Under Law is to secure equal justice for all through the rule of law, targeting in particular the inequities confronting African Americans and other racial and ethnic minorities. The Lawyers' Committee is a nonpartisan, nonprofit organization, formed in 1963 at the request of President John F. Kennedy to enlist the private bar's leadership and resources in combating racial discrimination and the resulting inequality of opportunity – work that continues to be vital today." (*See*: https://www.lawyerscommittee.org/mission/ (last visited, August 16, 2022).

Date: August 16, 2022

Respectfully submitted,

| MEYER WILSON CO., LPA | EVERSHEDS SUTHERLAND (US) LLP |
|---|---|
| /s/ Michael J. Boyle, Jr.<br>Michael J. Boyle, Jr.<br>Jared William Connors<br>Matthew R. Wilson<br>1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066<br>Email: mboyle@meyerwilson.com<br>Email: jconnors@meyerwilson.com<br>Email: mwilson@meyerwilson.com | /s/ Francis X. Nolan IV (per email authorization)<br>Francis X. Nolan, IV (admitted *pro hac vice*)<br>1114 Avenue of the Americas, 40th Fl.<br>New York, NY 10036-7703<br>Telephone: 212-389-5083<br>Facsimile: 212-389-5099<br>Email: franknolan@eversheds-sutherland.com |

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (admitted *pro hac vice*)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: dhutchinson@lchb.com

*Attorneys for Plaintiff and the Proposed Class*

Lewis S. Wiener (admitted *pro hac vice*)
Eversheds Sutherland (US) LLP
700 6th Street NW, Suite 700
Washington, DC 20001-3980
Telephone: (202) 383-0140
Facsimile: (202) 637-3593
Email: lewiswiener@eversheds-sutherland.com

MAC MURRAY & SHUSTER LLP
Christopher C. Wager (0084324)
6525 West Campus Oval, Ste 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9944
Email: cwager@mslawgroup.com

*Attorneys for Defendant Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, the foregoing JOINT SUBMISSION REGARDING CY PRES DESIGNEE was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and counsel of record.

*/s/ Michael J. Boyle, Jr.*